**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-2438**

---

SARAH RAY WILLIAMS,

Plaintiff - Appellant,

versus

GREENVILLE COUNTY, School District; BRENDA
TURNER; SUSAN B. HILL,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., District
Judge.  (CA-99-2282-6-20AK)

---

Submitted:  December 16, 1999        Decided:  December 21, 1999

---

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Sarah Ray Williams, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sarah Ray Williams appeals the district court's order adopting a magistrate judge's report and recommendation to dismiss her employment action. Because Williams did not file specific objections to the magistrate judge's report and recommendation, the district court did not err in adopting the magistrate judge's recommendation to dismiss her claim as barred by res judicata. See Wells v. Shriners Hosp., 109 F.3d 198, 201 (4th Cir. 1997); United States v. Schronce, 727 F.2d 91, 94 (4th Cir. 1984). Accordingly, we affirm the judgment of the district court. See Williams v. Greenville Co., No. CA-99-2282-6-20AK (D.S.C. Sept. 23, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED